(92 South. 926)

STATE v. SHEPARD. (8 Div. 853.) (Court of Appeals of Alabama. April 18, 1922.) Appealed from Circuit Court, Lauderdale County; Charles P. Almon, Judge. Harwell G. Davis, Atty. Gen., and Mitchell & Hughston, of Florence, for the State. A. H. Car-

michael and James Jackson, both of Tuscumbia, for appellee.

MERRITT, J. The questions involved in this appeal having become moot, the appeal is dismissed on motion.